■ GERALD F. CRAMER, Individually and as Parent and Natural Guardian of JASON CRAMER, an Infant, Appellant, v TOLEDO SCALE CO., INC., et al., Respondents. (Appeal No. 2.)—

Present —Dillon, P. J., Callahan, Pine, Balio and Davis, JJ.